**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VINNIE PERSON, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                                        **Case No. 6:11-cv-594-Orl-28GJK**

**ORLANDO SUN RESORT & SPA, LLC, STRATEGIC HOSPITALITY STAFFING, LLC,**

        **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion to Approve Settlement Agreement and To Dismiss with Prejudice (Doc. No. 23) filed September 2, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed September 8, 2011 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Plaintiff's Motion to Approve Settlement Agreement and to Dismiss with Prejudice (Doc. No. 23) is **GRANTED** to the extent that the Court finds the Settlement

Agreement is a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute.

3. All pending motions are **DENIED as moot**.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of October, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party